IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JOHNSON ROOFING, INC.,              )
                                    )
                 Plaintiff          )
                                    )
          vs.                       )          No. CIV-13-1220-C
                                    )
PACIFIC TECH CONSTRUCTION, INC.,    )
                                    )
                 Defendant          )

ADMINISTRATIVE CLOSING ORDER

On the representations from counsel, the parties have reached a settlement and

compromise, it is ordered that the Clerk administratively terminate this action in his

records without prejudice to the rights of the parties to reopen the proceeding for good

cause shown, for the entry of any stipulation or order, or for any other purpose required to

obtain a final determination of the litigation.

If the parties have not reopened this case within 30 days of this date for the

purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall

be deemed to be dismissed.

IT IS SO ORDERED this 5th day of November, 2014.

ROBIN J. CAUTHRON
United States District Judge